UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROBIN RAUL MUNOZ AGUILAR, | Case No. 5:26-cv-01054-JGB-JDE |
| Petitioner, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| SENIOR WARDEN, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"), Respondent's Answer to the Petition (Dkt. 14), and the Report and Recommendation of the United States Magistrate Judge (Dkt. 15, "Report"). As no party filed a timely objection to the Report, the Court accepts the findings and recommendation of the magistrate judge, except for the recommendation that the dismissal be with prejudice.

IT IS THEREFORE ORDERED THAT Judgment shall be entered dismissing the Petition without prejudice.

Dated: May 20, 2026

JESUS G. BERNAL
United States District Judge